1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   TIM M. BROWN, doing                No. 2:07-cv-0598-MCE-EFB
     business as AFFORDABLE
12   MOVING & STORAGE, LLC,

13              Plaintiff,

14      v.                              ORDER

15   TRANSGUARD INSURANCE COMPANY
     OF AMERICA, INC., and DOES 1-
16   100, inclusive,

17
                Defendants.
18
                         ----oo0oo----
19

20       The Complaint in this matter was originally brought by

21   Plaintiff Tim M. Brown, doing business as Affordable Moving &

22   Storage, LLC ("Plaintiff") in the Superior State of the State of

23   California for the County of Tuolumne, Case No. CV52698 (filed

24   February 23, 2007).  On March 28, 2007, Defendant Transguard

25   Insurance Company of America, Inc. ("Transguard") removed the

26   action to this court on grounds of diversity of citizenship

27   pursuant to 28 U.S.C. §§ 1332 and 1441.

28   ///

                               1

1    Examination of Plaintiff's Complaint shows that Plaintiff

2  does business in Tuolumne County as a business engaged in

3  residential and commercial moving.  Plaintiff sues Transguard, an

4  insurance company, in connection with its denial of coverage for

5  a fire damage claim asserted by Plaintiff's business.  As

6  indicated, Plaintiff filed suit in Tuolumne County as a result of

7  Transguard's alleged breach of contract in that regard.

8      Tuolumne County is part of the Fresno Division of the

9  United States Court for the Eastern District of California.  See

10 Local Rule 3-120(d).  All civil actions arising in Tuolumne

11 County shall be commenced in Fresno.  Id.

12   Pursuant to Local Rule 3-120(f), any civil action which has

13 not been commenced in the proper court may, on the court's own

14 motion, be transferred to the proper court.  Therefore this

15 action will be transferred to the Fresno Division of the court.

16   IT IS SO ORDERED.

17
 Dated: April 23, 2007

18

19

20                                    MORRISON C. ENGLAND, JR.
                                      UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

2